```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15875
    SHARON E BABAT
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-0209


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/02/06 and confirmed on 02/23/07.

    2.  The case was dismissed after confirmation, 03/14/2008.

    3.  The Debtor paid a total of $   8263.94 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 1208.42 | .00 | 1208.42 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| WHITE BIRCH ASSOC | SECURED | 4000.00 | .00 | 1289.10 |
| AMERICAN HONDA FINANCE C | UNSECURED | 2306.66 | .00 | 169.30 |
| BORDERS BOOKS | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 801.23 | .00 | 58.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7339.28 | .00 | 538.66 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE RECOVERY SO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6731.08 | .00 | 494.03 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5828.93 | .00 | 427.81 |
| PINNACLE MANAGEMENT SERV | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HIGHLAND PARK COMM NURSE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS TOLLWAY AUTHORI | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NORDSTROM FSB | UNSECURED | 10505.86 | .00 | 771.08 |
| NORTHSHORE WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| WALGREENS | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   5208.42           .00      33513.04          .00      38721.46
PRINCIPAL PAID       2497.52           .00       2459.68          .00       4957.20
INTEREST PAID            .00           .00           .00          .00           .00
TOTAL PAID           2497.52           .00       2459.68          .00       4957.20
```

The Debtor's attorney, DAVID M SIEGEL                         , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $    306.74 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 06/24/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```